## File Hashes for IP Address 71.163.43.34

**ISP:** Verizon Online, LLC
**Physical Location:** Centreville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/06/2015 17:28:09 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

EVA295